[No. 2363.  Decided December 8, 1896.]

CITY OF NEW WHATCOM, *Respondent*, v. BELLINGHAM BAY IMPROVE-
MENT COMPANY, *Appellant*.

Appeal from Superior Court, Whatcom County.—Hon. JOHN R.
WINN, Judge.  Affirmed.

*Newman & Howard*, for appellant.

*T. E. Cade, D. W. Freeman*, and *Kerr & McCord*,  for respondent.

*Per Curiam.*—On the authority of the cases just decided between
these parties the judgment herein is affirmed.

———

[No. 2325.  Decided December 15, 1896.]

THE GERMAN AMERICAN SAVINGS BANK OF BURLINGTON, IOWA, *Re-
spondent*, v. THE CITY OF SPOKANE, *Appellant*.

Appeal from Superior Court, Spokane County.—Hon. NORMAN
BUCK, Judge.  Affirmed.

*W. H. Plummer*, for appellant.

*Kennan & Belden*, for respondent.

*Per Curiam.*—This case falls squarely within the rule announced
by this court in the case of *J. H. McEwan v. City of Spokane, ante,*
p. 212, and the judgment will therefore be affirmed.